1  JEAN SCHAEFER, SBN 179180
   LAW OFFICES OF JEAN SCHAEFER
2  1337 Howe Avenue, Suite 106
   Sacramento, CA 95825
3  Telephone: (916) 925-4400
   Facsimile:  (916) 925-2019
4
   Attorney for Plaintiff,
5  LILY V. AVALOS

IN THE UNITED STATES DISTRICT COURT
IN THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| LILY V. AVALOS | CASE NO.:   3: 12-CV-05290 RS |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| UNIVERSITY OF SAN FRANCISCO, SCHOOL OF NURSING AND HEALTH PROFESSIONS (USF), a private university; PATRICIA LYNCH, Associate Dean; MARY SEED, Department Chair; JOAN MERSCH, Clinical Professor; STANFORD HOSPITAL AND CLINICS; a corporate entity of unknown form; and DOES 1 through 50, inclusive, | (Fed. R. Civ. P. 41(a)(1)(A)(ii))  OSC Hearing:  September 19, 2013  Time:  1:30 p.m.  Courtroom:  3 |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), by and between Plaintiff Lily V. Avalos and all Defendants who have appeared in this action, as follows:

1. This action was commenced on August 23, 2012.
2. On July 24, 2013, the parties completed the ADR process, and the action was settled in its entirety. The parties executed a "Confidential Release Agreement," which is

Stipulation of Dismissal                                                    1

1  incorporated by reference as if fully set forth herein. The parties agree the court will
2  retain jurisdiction to enforce the terms of the confidential settlement agreement.
3     3.  Pursuant to the Standby Order of Dismissal, dated July 31, 2013, the parties stipulate
4  to dismissal.
5     4.  This action is hereby dismissed, in its entirety, with prejudice.
6     5.  The parties agree to bear their own costs and attorney fees.

Dated: August 23, 2013

LAW OFFICES OF JEAN SCHAEFER

By: _____
Jean Schaefer, Attorney for Plaintiff
LILY V. AVALOS

Dated: August 23, 2013

VARTAIN LAW GROUP

By: _____
Linda Adler, Attorney for Defendants

UNIVERSITY OF SAN FRANCISCO SCHOOL OF
NURSING AND HEALTH PROFESSIONS,
PATRICIA LYNCH,
MARY SEED,
JOAN MERSCH, and
STANFORD HOSPITAL AND CLINICS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:       August 29, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal                           3