1   JEAN SCHAEFER, SBN 179180
LAW OFFICES OF JEAN SCHAEFER
2   1337 Howe Avenue, Suite 106
Sacramento, CA 95825
3   Telephone: (916) 925-4400
Facsimile:  (916) 925-2019
4

Attorney for Plaintiff,
5   LILY V. AVALOS

6

IN THE UNITED STATES DISTRICT COURT
7                  IN THE
NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO

9

10   LILY V. AVALOS             )   CASE NO.:   3: 12-CV-05290 RS
                                 )
11                                  )
         Plaintiff,             )
12                                  )
vs.                           )   STIPULATION OF DISMISSAL
13                                  )
UNIVERSITY OF SAN FRANCISCO,   )   (Fed. R. Civ. P. 41(a)(1)(A)(ii))
14   SCHOOL OF NURSING AND HEALTH   )
PROFESSIONS (USF), a private university; )
15   PATRICIA LYNCH, Associate Dean; MARY )   OSC Hearing:   September 19, 2013
SEED, Department Chair; JOAN MERSCH, )   Time:             1:30 p.m.
16   Clinical Professor;  STANFORD HOSPITAL )   Courtroom:      3
AND CLINICS; a corporate entity of      )
17   unknown form; and DOES 1 through 50,    )
inclusive,                         )
18                                  )
                                 )
19         Defendant(s).         )
                                 )
20                                  )
_____ )
21

22

23       IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure,

24   Rule 41 (a)(1)(A)(ii), by and between Plaintiff Lily V. Avalos and all Defendants who have appeared

25   in this action, as follows:

26       1.     This action was commenced on August 23, 2012.

27       2.     On July 24, 2013, the parties completed the ADR process, and the action was settled in

28           its entirety.  The parties executed a "Confidential Release Agreement," which is

1    incorporated by reference as if fully set forth herein.  The parties agree the court will
2    retain jurisdiction to enforce the terms of the confidential settlement agreement.
3    3.    Pursuant to the Standby Order of Dismissal, dated July 31, 2013, the parties stipulate
4          to dismissal.
5    4.    This action is hereby dismissed, in its entirety, with prejudice.
6    5.    The parties agree to bear their own costs and attorney fees.
7
8
9
10   Dated:        August 23, 2013          LAW OFFICES OF JEAN SCHAEFER
11
12                                   By: _____
13                                        Jean Schaefer, Attorney for Plaintiff
                                          LILY V. AVALOS
14
15
16
17
18   Dated:        August 23, 2013          VARTAIN LAW GROUP
19
20                                   By: _____
                                          Linda Adler, Attorney for Defendants
21
22                                   UNIVERSITY OF SAN FRANCISCO SCHOOL OF
                                     NURSING AND HEALTH PROFESSIONS,
23                                   PATRICIA LYNCH,
                                     MARY SEED,
24                                   JOAN MERSCH, and
                                     STANFORD HOSPITAL AND CLINICS
25
26
27
28

Stipulation of Dismissal                    2

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:        August 29 , 2013

4

5                                          RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28